## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA    FILED

14 JAN 30 PM 12: 26

UNITED STATES OF AMERICA,

               Plaintiff,

      vs.

TEDDIE B. MARSHALL (26),

              Defendant.

CASE NO. 11CR1448-MMA

**JUDGMENT OF DISMISSAL**

       IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_\_  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_\_  the Court has dismissed the case for unnecessary delay; or

 X\_\_  the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_\_  the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_\_  a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_\_  the jury has returned its verdict, finding the defendant not guilty;

\_\_\_\_  of the offense(s) as charged in the Indictment/Information:

       IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 1/28/2014

Michael M. Anello
U.S. District Judge